**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANDREA MOREHEAD ALLEN | ) |
| | ) Civil Action No. 1:21-cv-00086-JMS-MJD |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VIDEOINDIANA, INC., d/b/a | ) |
| WTHR CHANNEL 13, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Attorney Terrance Kinnard, counsel for Plaintiff Andrea Morehead Allen, pursuant to

S.D. Ind. L.R. 83-7, respectfully states the following:

1.  Plaintiff Andrea Morehead Allen has requested that undersigned counsel withdraw his

appearance in this matter.

2.  Undersigned counsel on July 7, 2021 transmitted a letter to the Plaintiff informing

Plaintiff of undersigned counsel's intent to withdraw effective July 14, 2021.

3.  A true and accurate copy of said letter is attached hereto, incorporated herein by

reference, and identified as Exhibit A.

4.  The Plaintiff's last known contact information is:

Andrea Morehead Allen
6543 Cotton Creek Court
Indianapolis, IN 46278
Telephone: 317-201-2722

WHEREFORE, Attorney Terrance Kinnard respectfully requests leave to withdraw his

appearance on behalf of Plaintiff, effective July 14, 2021.

Respectfully submitted,

By    */s/ Terrance Kinnard*      .
        Terrance Kinnard, #22224-49
        Kinnard & Scott
        320 N. Meridian St., Ste. 406
        Indianapolis, IN 46204
        Telephone: 317-855-6282
        Facsimile: 317-588-1519
        Email: tkinnard@kinnardlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to the following person(s) by operation of the Court's CM/ECF system:

Camille A. Olson
Richard B. Lapp
Christina Jaremus
Email: colson@seyfarth.com
Email: rlapp@seyfarth.com
Email: cjaremus@seyfarth.com

Respectfully submitted,

By    */s/ Terrance Kinnard*      .
        Terrance Kinnard, #22224-49
        Kinnard & Scott