# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS, INDIANA

| | |
|---|---|
| **ANDREA MOREHEAD ALLEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-00086-JMS-MJD |
| | ) |
| **VIDEOINDIANA, INC., d/b/a** | ) |
| **WTHR CHANNEL 13, and** | ) |
| **TEGNA, INC.** | ) |
| **Defendants,** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Andrea Morehead Allen, and Defendants, VideoIndiana, Inc. and TEGNA, Inc., hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */ s / Amber Boyd* | / s / Andrew Scroggins |
| Amber Boyd, #31235-49 | Camille A. Olson |
| Amber K. Boyd Attorney at Law | Richard B. Lapp |
| 8510 Evergreen Avenue | Andrew Scroggins |
| Indianapolis, IN 46240 | Christina Jaremus |
| amber@amberboydlaw.com | colson@seyfarth.com |
| | rlapp@seyfarth.com |
| *Attorneys for Plaintiff* | ascroggins@seyfarth.com |
| | cjaremus@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | 233 South Wacker Drive, Suite 8000 |
| | Chicago, Illinois 60606-6448 |
| | Telephone:    (312) 460-5000 |
| | Facsimile:    (312) 460-7000 |
| | *Attorneys for Defendants* |
| | *VideoIndiana, Inc. and TEGNA, Inc.* |